1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10
                                      ----oo0oo----
11

12   UNITED STATES OF AMERICA,            No. 2:20-cr-29 WBS

13                Plaintiff,

14        v.

15   HACK CULLING TOWNSEND,               ORDER RELATING CASES

16                Defendant.

17

18

19   ────────────────────────────

20

21   HACK CULLING TOWNSEND,               No. 2:22-cv-1349 EFB HC

22                Petitioner,

23        v.

24   CHRISTOPHER HANSEN, Chief
     Probation Officer, Solano
25   County Probation,

26                Respondent.

27

28

                                         1

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because Mr. Culling's federal criminal case involves a potential sentencing enhancement which is based on an underlying state conviction, and Mr. Culling is seeking to collaterally attack that state conviction in the federal habeas petition. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated United States v. Culling, 2:20-cr-29 WBS, and Culling v. Hansen, 2:22-cv-1349 EFB HC, be, and the same hereby are, deemed related. The case denominated Culling v. Hansen, 2:22-cv-1349 EFB HC, shall be reassigned to the Honorable WILLIAM B. SHUBB.  Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the captions on documents filed in the reassigned case shall be shown as Culling v. Hansen, 2:22-cv-1349 WBS EFB HC.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to

1  compensate for this reassignment.

2

3   Dated:   August 1, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28