HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
HACK TOWNSEND CULLING JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00029-WBS |
| Plaintiff, | 2:22-cv-1349-WBS-EFB HC |
| vs. | ORDER TO APPOINT NEW COUNSEL |
| HACK TOWNSEND CULLING JR. | |
| Defendant. | |

The mater coming before the Court on the Defendant's motion to appoint new counsel, and there being no opposition from the United States, and it appearing that the Defendant has stated justification for relief: IT IS ORDERED that the Federal Public Defender is relieved and Attorney Erin Radekin is appointed pursuant to 18 U.S.C. §3006A.  The Court further finds that pursuant to 18 U.S.C. § 3006A authorizes the Court to appoint counsel in ancillary proceedings, and defendant has a pending related habeas corpus case.  IT IS ORDERED that Erin Radekin is appointed to the related habeas corpus case 2:22-cv-1349-WBS-EFB HC pursuant to 18 U.S.C. § 3006A.

Dated:  August 4, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-