**ERIN J. RADEKIN, SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988
Email: erinjradekin@gmail.com
Attorney for Petitioner
HACK TOWNSEND CULLING, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HACK TOWNSEND CULLING, JR.,** | CASE NO. 2:22-CV-01349-WBS-EFB |
| Petitioner, | |
| v. | [~~PROPOSED~~] ORDER TO ENLARGE TIME |
| **CHRISTOPHER HANSEN,** | |
| Respondent. | |

**[~~PROPOSED~~] ORDER**

For the reasons set forth in the accompanying motion and declaration of counsel, and good cause appearing, the time to file petitioner's objections to findings and recommendations is enlarged by 31 days, making it due on January 31, 2023.

IT IS SO ORDERED.

Dated: January 4, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE