1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HACK TOWNSEND CULLING,              No.  2:22-cv-01349-WBS-EFB (HC)

12              Petitioner,

13        v.                             ORDER

14   CHRISTOPHER HANSEN,

15              Respondent.

16

17        Petitioner, a county jail inmate proceeding through counsel, has filed an application for a

18   writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On September 16, 2022, the magistrate judge filed findings and recommendations herein

21   which were served on petitioner and which contained notice to petitioner that any objections to

22   the findings and recommendations were to be filed within fourteen days.  Petitioner has not filed

23   objections to the findings and recommendations.

24        The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

27   /////

28   /////

1       1.  The findings and recommendations filed September 16, 2022 are adopted in full;

2       2.  This action is dismissed for lack of subject matter jurisdiction;

3       3.  The Clerk is directed to close the case; and

4       4.  The court declines to issue a certificate of appealability.

Dated:  February 8, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE